IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RALPH JEFFERSON                                                                    PLAINTIFF

VS.                                                                NO. 3:09cv178-HTW-LRA

FORD MOTOR COMPANY                                                             DEFENDANT

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on the joint motion of the parties to dismiss the Complaint and this cause of action filed against the Defendant with prejudice, and this Court, having been advised that this cause has been fully compromised and settled, is of the opinion that said motion is well taken and should be and is hereby granted.

It is therefore ORDERED AND ADJUDGED that this cause be and is hereby dismissed with prejudice with each party to bear their own costs and expenses, including attorney's fees.

ORDERED this the 30th day of December, 2009.

                                     s/ HENRY T. WINGATE
                                     CHIEF UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/ Nathan H. Elmore
Nathan H. Elmore

ATTORNEY FOR PLAINTIFF

/s/Kyle V. Miller
Kyle V. Miller

ATTORNEY FOR DEFENDANT

Jackson 4668115v1